IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JEROME E. BARNETT,** | **CASE NO. 2:06-cv-673** |
| Petitioner, | **JUDGE SMITH** |
| | **MAGISTRATE JUDGE ABEL** |
| v. | |
| **DEBORAH TIMMERMAN-COOPER, and OHIO ADULT PAROLE AUTHORITY,** | |
| Respondents. | |

## OPINION AND ORDER

On January 9, 2008, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

IT IS SO ORDERED.

      /s/ George C. Smith
GEORGE C. SMITH
United States District Judge